# EXHIBIT A

**L.RA. CORPORATION**
**DEBT COLLECTION SERVICES**
**3910 INVERRARY BLVD # B808**
**LAUDERHILL, FL 33319**

License # CCA9901461
larryraybin@aol.com
PH: 954-484-7700

# PROTECT YOUR CREDIT!!
### Your account has been turned over for collection!

3/8/2012

SARAH JEAN HAYWOOD  ACC# 7953953  BALANCE DUE $ 32.36  PAYMENT $ _____



✂ _ _ _ _ _ _ _CUT _ _ _ ALONG _ _ _ DOTTED _ _ _ LINE _ _ _ RETURN _ _ _ ABOVE _ _ _ PORTION _ _ _ WITH _ _ _ PAYMENT _ _ _

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR; ANY INFORMATION OBTAINED MAY BE USED TO COLLECT THE DEBT**

○ You purchased your insurance policy from the MAGNUM INSURANCE AGY    on 8/28/2010
○ YOU SIGNED A FINANCE AGREEMENT with ETI FINANCIAL CORPORATION ; YOU'RE OBLIGATED FOR ANY UNPAID BALANCE.  AS *of the cancel date* 6/13/2011 . *the* BALANCE IS $ 32.36
○ If we DO NOT RECEIVE PAYMENT WITH IN 30 DAYS we will report this as a BAD DEBT to the THREE CREDIT BUREAUS, EQUIFAX, EXPERIAN, AND TRANSUNION
○ This will REMAIN ON YOUR CREDIT FOR YEARS, *may* cause your INSURANCE PREMIUM TO INCREASE, "*insurance companies rate their premiums on your credit history*".
○ Your Credit Card interest rate may increase, once the information is reported to the bureaus. *You may be rejected from future credit.*
○ Use good JUDGMENT; make your payment with-in 30 days or CALL TO MAKE ARRANGEMENTS TO CLEAR THIS DEBT.
○ You have thirty days after receipt of the notice, to dispute the validity of the debt or any portion thereof, or this debt collector will assume the debt valid.
○ If you dispute the debt in full or in part within that thirty-day period, the debt collector will obtain verification of the debt and mail it to you the consumer.
○ NOT PAYING MAY CAUSE YOU TO INCUR SIGNIFICANT ADDITIONAL EXPENSES.
○ MAKE CHECK PAYABLE TO L.RA. CORPORATION, MAIL TO 3910 INVERRARY BLVD #B808, LAUDERHILL, FL 33319  YOU CAN MAKE YOUR PAYMENT WITH A CREDIT OR DEBIT CARD

GOVERN YOURSELF ACCORDINGLY:

# PROTEGA SU CREDITO!!
### Su cuenta ha sido enviada a una  Agencia de Cobros.

Esta comunicacion es de un Cobrador de Deudas. Cualquier información obtenida podra ser usada para cobrar su Deuda.

○ Usted compro una Poliza de Seguro a traves de  MAGNUM INSURANCE AGY  en 8/28/2010
○ Usted firmo un contrato de Financiamiento con ETI FINANCIAL CORPORATION ; Usted esta Obligado a pagar el balance *que debe a la fecha de cancelacion*, 6/13/2011, *el* balance *es de* $ 32.36
○ Si no recibimos su pago en los proximos 30 dias su cuenta y usted seran reportados como mal credito a las tres buros de credito, Equifax, experian y transunion.
○ Esto se MANTENDRA EN SU CREDITO POR AÑOS, Y PODRA hacer que sus POLIZAS DE SEGURO LE AUMENTEN DE PRECIO. "*Las companias de seguro basan sus tasas en la historia de credito de cada individuo*".
○ La Tasa de INTERES DE SU TARJETA DE CREDITO PUEDE SER QUE LE AUMENTE una vez que la informacion es REPORTADA A LOS BUROS. *Su Credito futuro Podra ser tambien denegado.*
○ Tome la Decisión correcta, HAGA SU PAGO EL LOS PROXIMOS 30 DIAS, *o llamenos para hacer arreglos para pagar su deuda.*
○ Usted tiene 30 dias despues de recibir esta notificacion para discutir la validez del total de su deuda o parte de su deuda .De lo contrario  se asume  que su  deuda es correcta y valida.
○  Si usted decide refutar esta deuda en su total o en parte  dentro de los proximos 30 dias, el cobrador de deudas obtendra una verificación de la deuda la cual se la mandara por correo a usted , el  consumidor.
○ NO PAGAR ESTA DEUDA HARA QUE USTED INCURRA EN MAS GASTOS ADICIONALES.
○ HAGA SU CHEQUE A NOMBRE DE L.RA.CORPORACION ,Y ENVIELA A  3910 INVERRARY BLVD #B808 LAUDERHILL, FL 33319, USTED PUEDE PAGAR CON TARJETA DE CREDITO O CON TARJETA DE DEBIT

TOME LA DECISION CORRECTA.

### YOUR CREDIT SCORE CAN COST OR SAVE YOU THOUSANDS.

A bad debt recorded on your credit can cause your credit score to plummet; this will quickly end your ability to acquire any sort of credit. Companies will not lend you money; give you open account (credit) for services, especially in today's economy.

After the debt is reported to the bureaus, new inquires by other companies, will most likely also deny you credit, adding more negative information to your credit history.

The "*Cost of Bad Credit*", will effect interest rates for a loan, if you qualify for one, will cause credit card interest rates to go up, auto insurance premiums are also based on credit, required deposits from the Utility & Power Company's are determined by credit, Rental Properties determine how much security deposit is required based upon your credit, Cell Phone Companies determine if your account is to be pre-paid, or open account, depending on your credit, the finance rate to purchase a new or used car, is determined by credit.

Forty-two (42) percent of employers run credit checks on job applicants, according to the Society of Human Resource Managers.

Calculating the additional interest and fees, that you may pay over time, for the same products that you pay today, could be more than a $1000 *every year*! *It's not a wise choice to not pay this small debt.*

*Bottom line! Your damaged credit can prove to be very expensive.* In addition, the cost of time, and your effort to restore your credit will be very high.

Even after the repair of your credit has been made, by paying off this debt, the information remains on your record for years before it is removed, even through it will show that it was paid off.

Consumers are always looking for quick fixes, to rectify their credit scores; the fact is, that there are no quick remedies and once it happens it becomes a problem that you may wish that never happened.

### SU REPORTE DE CREDITO PUEDE COSTARLE O AHORRARLE MILES DE DOLARES

Una Deuda que no se ha pagado y se reporta al Buro de Credito puede causar que su credito se deteriore y que rapidamente termine su habilidad de poder adquirir mas credito . Companias no le prestaran dinero, no le permitiran abrir lineas de credito especialmente para servicios especiales. Despues que una deuda no se paga y es reportada al Buro de Credito, las nuevas averiguaciones para aprobar cualquier forma de credito probablemente seran denengadas o le subiran las tasas de intereses.

El "Costo de Un Mala Paga ", reportado al Buro determina la tasa de interes al momento de calificar para un prestamo. Depositos e intereses le podran aumentar con muchas companies; los intereses de las tarjetas de credito y las cuotas de sus seguros de carros tambien le subiran ,los depositos para companias de Electriciad y Agua le aumentaran.Las companies de telefonos celulares pueden exiguirle que su cuenta sea pagada por adelantado. Depositos para rentar propiedades son basados en su habilidad de pagar a tiempo y totalmente.EL interes usado para comprar un Auto Nuevo o Usado esta tambien basado y determinado en su Reporte De Credito .

De acuerdo con la Sociedad de Directores de Recursos Humanos, Cuarenta y Dos (42%) por ciento de los empleadores verifican los reportes de Credito en las aplicaciones de trabajadores,como comprobacion de responsabilitdad del individuo.

Los intereses y gastos adicionales que usted pagara a traves de los anos por los mismos productos que usted pudiera adquir con un buen credito hoy, puede resultarle en gastos de mas de $1,000.00 *al ano*.!!

*No es una Buena decision no pagar esta deuda pequena.*

*LINEA FINAL! UN credito que se deteriora y se dana puede probar una decision muy costosa.* Ademas, el costo del tiempo y los esfuerzos para reparar su credito tambien pueden ser extremadamente altos. Incluso muchas veces despues de reparar su credito , esto queda en su record por anos antes de que sea totalmente removido.Consumidores siempre estan buscando formas de rectificar sus cuentas de credito , y la realidad es que no hay forma facil o segura de reparar su credito una vez el dano esta hecho y una deuda sin pagar ha sido reportada. No Cometa ese Error.Pague su Deuda HOY .